# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SENTRY SELECT INSURANCE
COMPANY,

    Plaintiff,

v.                                                      Civil Action No. 3:06CV54
                                                                  (BAILEY)

SAMUEL D. COOK, III, and
MAY TRUCKING, LLC,

    Defendants.

## ORDER OF INTERMEDIATE PRETRIAL CONFERENCE

On July 9, 2007, the parties in the above-styled civil action appeared before the Court for a telephonic intermediate pretrial conference. The plaintiff, Sentry Select Insurance Company, was present by counsel Joseph Ferretti and Mark Ball. Tracey Eberling appeared on behalf of the defendants Samuel Cook and May Trucking, LLC.

After confirming that no motions were pending before the Court, the parties updated the Court on the status of discovery. In doing so, counsel for both sides expressed a desire for an extension of the discovery deadline. Finding good cause, the Court **ORDERED** that the **discovery** deadline be **CONTINUED** to **September 30, 2007**. In addition, the Court **ORDERED** that the deadline for filing of **dispositive motions** be **CONTINUED** to **September 30, 2007**, with responses and replies to be governed by the local rules. As a final matter, the Court **ORDERED** the plaintiff to disclose any experts by July 19, 2007, and further that, the defendant do the same by August 19, 2007. There being no further business, the Court adjourned the matter.

It is so ORDERED.

The Clerk is directed to transmit a copy of this order to all counsel of record herein.

DATED: July 10, 2007

                                                                  JOHN PRESTON BAILEY
                                                            UNITED STATES DISTRICT JUDGE