**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**SENTRY SELECT INSURANCE COMPANY,**

    Plaintiff,

v.                          **CIVIL ACTION NO. 3:06-CV-54**
                                  (BAILEY)

**SAMUEL D. COOK, III, and**
**MAY TRUCKING, LLC,**

    Defendants.

## ORDER OF DISCOVERY REFERRAL

Pursuant to 28 U.S.C. § 636 (b)(1)(A) and for reasons appearing to the Court, it is hereby **ORDERED** that this action be, and hereby is, referred to the Honorable James E. Seibert, United States Magistrate Judge, who is hereby designated and authorized to consider the record and do all things proper to decide Defendants' Motion Compel Plaintiff's Discovery Responses [Doc. No. 31 and 32] and any other non-dispositive pre-trial motions filed in this case, excluding motions in limine. The Magistrate Judge may, without limitation, conduct a hearing on the motions, if necessary, and enter into the record a written order setting forth the disposition of the motions.

    The Clerk is directed to forward copy of this Order of Discovery Referral to all counsel of record and to the Honorable James E. Seibert, United States Magistrate Judge.

**DATED**: October 2, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE