IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV
OCT 2 5 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

Sentry Select Insurance Company )
)
      PLAINTIFF, )
)
vs. )   Civil Action No. 3:06cv54
)
Samuel D. Cook, III and May Trucking, )
LLC, )
)
      DEFENDANTS. )
_____)

## ORDER

Upon application of the foregoing Application for Admission Pro Hac Vice, it is ORDERED that the Application for Pro Hac Vice Admission be, and the same is hereby, APPROVED and that the applicant may appear pro hac vice in this matter on behalf of the represented party.

ENTER: 10-24-2007

_____
United State District Judge