IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

SENTRY SELECT INSURANCE COMPANY,

    Plaintiff,

v.                                                                Civil Action: 3:06-cv-54
                                                                        (JUDGE BAILEY)

SAMUEL D. COOK, III, and
MAY TRUCKING, LLC,

    Defendants.

### ORDER CONFIRMING PAYMENT OF REASONABLE EXPENSES

At the scheduled opportunity to be heard, Counsel for Plaintiff agreed the expenses of $348.00 incurred by Defendants were necessary and reasonable and agreed to pay the same.

Plaintiff and Plaintiff's counsel shall pay Defendants' counsel $348.00 on or before fifteen days from the date of this order.

**IT IS SO ORDERED**.

DATED: October 30, 2007

                                                                        /s/ James E. Seibert
                                                                        JAMES E. SEIBERT
                                                                        UNITED STATES MAGISTRATE JUDGE